JOHN B. BURTIS, RESPONDENT, v. EDWARD O. HAINES, APPELLANT.

Submitted March 25, 1918—Decided May 3. 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 4.

For the respondent, *J. Mercer Davis.*

For the appellant, *V. Claude Palmer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD. BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.